FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0426

JESUS VILLANUEVA,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER

    Upon consideration Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

    IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 1, 2024, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 21 2024